# Court of Appeals
# of the State of Georgia

ATLANTA,   October 03, 2012   

*The Court of Appeals hereby passes the following order:*

**A13A0191.    JAMES L. LINGO d/b/a LINGO EXTERMINATORS v. GEORGIA DEPARTMENT OF AGRICULTURE, et al.**

The Georgia Department of Agriculture fined James L. Lingo for violating the Georgia Structural Pest Control Act.  After Lingo failed to pay the fine, the Department petitioned the superior court for entry of judgment pursuant to OCGA § 2-2-9.1 (o) (1).  The court entered the judgment, and Lingo filed a motion to set aside, which the court denied.  Lingo then filed a notice of direct appeal, which was docketed as Case No. A12A0533.  We dismissed his appeal because he was required to follow the discretionary-appeal procedures to obtain review of the order denying his motion to set aside.  (See Case No. A12A0533, Order of January 23, 2012).

Post-remitittur, Lingo filed a "Motion for Relief from Judgment and Order." The superior court dismissed that motion on May 7, 2012.  Lingo then filed this direct appeal.[1]  We lack jurisdiction.

It is unclear what provision Lingo was relying upon in his "Motion for Relief." To the extent that motion was a motion for reconsideration, the superior court's order resolving it is not subject to appellate review.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  To the extent that motion was a motion for new trial, it would be an extraordinary motion for new trial because it was filed more than 30 days after the superior court entered its judgment.  See OCGA § 5-5-41.  And pursuant to OCGA § 5-6-35 (a) (7), a party must follow the discretionary-appeal procedures to

---

[1] Lingo directed his notice of appeal to the Supreme Court, which transferred the matter here.

obtain appellate review of an order resolving an extraordinary motion for new trial. *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997)

Under these circumstances, we lack jurisdiction to review the superior court's May 7 order. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/03/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*